UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14104-CIV-ROSENBERG/MAYNARD

DAVID POSCHMANN,

        Plaintiff,

v.

JJB, INC. OF OCALA,

        Defendant.

_____/

## DECLARATION OF COSTS

Pursuant to 28 USC §1746, I, Lee D. Sarkin, state and affirm the following:

1. My name is Lee D. Sarkin.

2. The facts stated in this declaration are within my personal knowledge and are true and correct. I have fully reviewed the supporting data in preparing this declaration.

3. I am co-counsel for the Plaintiff David Poschmann.

4. To date, Plaintiff David Poschmann has incurred costs in this matter, including the following taxable costs:

    a.    filing fee of $400.00;

    b.    service of process fee of $60.00.

        Total Costs: $460.00.

5. The above requested costs were reasonably necessary to prosecute the case at the time of the action precipitating the cost that was taken.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2019.

*LEE D. SARKIN*

**EXHIBIT A**