**From:** notification <notification@pay.gov>
**To:** dml2@bellsouth.net <dml2@bellsouth.net>; lsarkin@aol.com <lsarkin@aol.com>
**Subject:** Pay.gov Payment Confirmation: FLSD CM ECF
**Date:** Thu, Mar 21, 2019 12:24 pm

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Financial Section at (305) 523-5050.

Application Name: FLSD CM ECF
Pay.gov Tracking ID: 26G8JUFA
Agency Tracking ID: 113C-11493716
Transaction Type: Sale
Transaction Date: Mar 21, 2019 12:24:57 PM

Account Holder Name: Lee D. Sarkin
Transaction Amount: $400.00
Card Type: MasterCard
Card Number: ************1620

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.


EXHIBIT B

| | |
|---|---|
| 24 Hour Process LLC<br>6742 Forest Hill Blvd<br>Suite 300<br>West Palm Beach, FL 33413<br>Phone: (561) 705-2378<br>Fax: (561) 705-2498<br>81-1001384 | **INVOICE**   |

LEE D. SARKIN, ESQ.
4700 N.W. BOCA RATON BLVD
SUITE 302
BOCA RATON, FL 33431

Invoice #JEG-2019000361
4/2/2019

Reference Number: JJB, INC. OF OCALA
Your Contact: LEE D. SARKIN
**Case Number: Southern 19-CV-14104-RLR**

Plaintiff:
**DAVID POSCHMANN**

Defendant:
**JJB, INC. OF OCALA**

Received: 3/21/2019   Served: 3/29/2019 10:38 am   CORPORATE
To be served on: JJB, INC. OF OCALA RITA PATEL, REGISTERED AGENT

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| Service Fee (Local) | 1.00 | 60.00 | 60.00 |
| TOTAL CHARGED: | | | $60.00 |
| 3/24/2019     Pre-Payment | | | 60.00 |
| **BALANCE DUE:** | | | $0.00 |

Thank you for your business!

Comments pertaining to this invoice:

|  |  |  |
|---|---|---|
| 4/1/2019 | 7:48 am | Please serve JJB, INC. OF OCALA, 120 NW 40TH AVENUE, OCALA, FL 34482<br>Assigned Type of Service: CORPORATE - REGISTERED AGENT |

Balance is Due Upon Receipt
Please go to www.24hourprocess.Com to make a payment
If you have any questions about this invoice, please contact us at (561) 705-2378
Online payments are available at www.24hourprocess.Com
Thank you for your business!

Page 1 / 1

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0m