UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14104-CIV-ROSENBERG/MAYNARD

DAVID POSCHMANN,

        Plaintiff,

v.

JJB, INC. OF OCALA,

        Defendant.
_____/

## DECLARATION OF LEE D. SARKIN IN SUPPORT OF PLAINTIFF'S VERIFIED MOTION FOR ATTORNEY'S FEES

I, Lee D. Sarkin, state and affirm the following:

1. My name is Lee D. Sarkin.

2. The facts stated in this declaration are within my personal knowledge and are true and correct. I have fully reviewed the time records and supporting data in preparing this affidavit.

3. I am co-counsel for the Plaintiff David Poschmann.

4. I am and have been licensed to practice law in Florida since 1992 and in Illinois since 2000. I am authorized to practice in the United States District Court For The Southern District of Florida, in the United States District Court For The Middle District of Florida, in the United States Court of Appeals for the Eleventh Circuit and in the United States District Court For The Northern District of Illinois. I have been a member of the trial bar of the United States District Court For The Northern District of Illinois since 2003. I have been counsel for either a plaintiff or a defendant in the United States District Court For The Southern District of Florida in over 575 cases, the vast majority of which are cases arising under Title III of the Americans With Disabilities Act.



EXHIBIT A

5. As described in Exhibit "B" to Plaintiff's Verified Motion For Attorneys' Fees, I have spent a total of 11.2 hours, inter alia, speaking and meeting with the client, reviewing the subject website reservation system, consulting the regulations, preparing the Complaint and obtaining a default and default final judgment against the defendant and preparing the instant motion.

6. The hourly fee regularly charged by this office for my time is $400.00 or greater in litigation matters.[1]

7. The fees I charge are those customarily charged in this area for the same or similar services by an attorney with my experience, reputation and ability considering the nature of the controversy.

8. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 9, 2019.

s/Lee D. Sarkin
LEE D. SARKIN

---

[1] On May 30, 2019, in Poschmann v. Betsy Ross Owner, LLC, Case No. 18-CV-14475-RLR (S.D. Fla. May 30, 2019, DE 23), this Court awarded the undersigned $400.00 per hour in attorneys' fees for the undersigned's time in representing Plaintiff in another ADA lawsuit. In addition, on March 26, 2013, in *Reed v. NE 2nd Avenue, LLC*, Case No. 12-CV-62262-Marra/Matthewman (S.D. Fla. March 26, 2013, DE 24), Magistrate Judge Matthewman awarded $400.00 per hour in attorneys' fees for the undersigned's time in representing a plaintiff in ADA litigation and on February 15, 2015, in *Donahue v. HMVP, Inc.*, et al, Case No. 14-CV-81069-Marra/Matthewman (S.D. Fla. February 2, 2015, DE 16) Judge Marra awarded $400.00 per hour for the undersigned's time in representing another plaintiff in ADA litigation.