UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14104-CIV-ROSENBERG/MAYNARD

DAVID POSCHMANN,

        Plaintiff,

v.

JJB, INC. OF OCALA,

        Defendant.
_____/

## STATEMENT FOR LEGAL SERVICES
## POSCHMANN v. JJB, INC. OF OCALA

| Date | Description | Hours |
|---|---|---|
| 03/14/19 | Conversation with client re problems with online reservation system/website for Red Roof Inn Ocala | .3 |
| 03/19/19 | Analyze all pages/links of website and reservation system to confirm ADA compliant/non-ADA compliant elements | .8 |
| 03/20/19 | Confer with client re results of analysis | .3 |
| 03/20/19 | Review statute, regulations, Department of Justice (Consent Decree) Agreement with Hilton Hotels and Justice Department pronouncements relative to issues with Defendant's website/reservation system | .5 |
| 03/20/19 | Research licenses, fictitious names, etc, to ascertain identity of operator of hotel and website/ reservation system | .3 |
| 03/20/19 | Draft Complaint after researching any prior filings vs. Defendant | 1.5 |
| 03/21/19 | Finalize Complaint for filing, draft summons, draft civil cover sheet | .5 |
| 03/21/19 | Exchange e-mails with process server re service, conf. client | .4 |
| 03/21/19 | Review notice of reassignment of Magistrate | .1 |
| 04/02/19 | Review e-mail from process server, review and file return of service and calendar, conf. client | |
| 04/15/19 | Review Order Requiring Certificate of Counsel Re Prior ADA Filings and Order Requiring Settlement Conference, calendar, conf. client | .5 |
| 04/15/19 | Review Order Setting Status Conference, Calendar Call, Pretrial Deadlines, And Trial Date, Order of Requirements, Order of Reference To Magistrate and Order of Reference To Mediation, conf. client and calendar | .8 |
| 04/15/19 | Draft and file Certificate of Counsel | .2 |
| 04/16/19 | Review Order Setting Discovery Procedures | .1 |
| 05/01/19 | Draft Motion For Clerk 's Default and Proposed Default | .2 |
| 05/02/19 | Review Clerk's Default, conf. client | .3 |
| 05/06/19 | Research litigation history of defendant to determine identity of counsel in other matters to avoid default judgment procedure, e-mail to Wes Farrell, counsel for defendant in prior litigation | .8 |



EXHIBIT B

2

| Date | Description | Hours |
|---|---|---|
| 05/16/19 | Research additional possible locations to reach defendant, draft and send letter to Rita Patel, manager of defendant, at two locations | .5 |
| 05/30/19 | Review Order on Default Final Judgment Procedure | .2 |
| 06/05/19 | Draft Verified Motion For Final Default Judgment, proposed Order and proposed Final Judgment, consult D.O.J. Hilton Consent Decree, regulations and Department of Justice guidance/comments thereto, draft e-mail to Judge Rosenberg | 1.0 |
| 06/07/19 | Review Order on Motion For Default Judgment and Default Judgment, conf. client | .5 |
| 06/28/19 | Draft Motion To Tax Costs and Declaration | .4 |
| 07/02/19 | Draft Motion for attorneys' fees and Declaration in support thereof and finalize/redact (re privilege) billing | 1.0 |

Total Hours: 11.2

Total Fees: $4,480.00